| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>NCM 24-030605<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Kathleen M. Magoon - 040682010<br>Elizabeth L. Wassall - 023211995<br>ATTORNEYS FOR PNC BANK, NATIONAL ASSOCIATION | |
| In Re:<br><br>HARRIS KIM,<br>　　　　　　　　DEBTOR | Case No.: 24-16954-JNP<br><br>Judge: HONORABLE JERROLD N. POSLUSNY, JR.<br><br>Chapter: 13 |

NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

　　To: The Court Clerk of the United States Bankruptcy Court

　　PLEASE TAKE NOTICE that the undersigned attorney of law appears for the Secured Creditor, PNC Bank, National Association.  Pursuant to the Rules of the Bankruptcy Court R. 2002 and 9010, the undersigned requests all notices given or required to be served in this case, be given to and served upon the undersigned at the office, address and telephone number set forth above.

　　PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, Orders and Notice of any applications, notices, petitions, pleadings, complaints, and demands, transmitted or conveyed by mail, delivery, telephone, overnight mail, telex or otherwise, which affect the Debtor(s), estate, or property of the state.

Dated: 7-31-2024

　　　　　　　　　　　　　　　　　　　　　　　　LOGS LEGAL GROUP LLP


　　　　　　　　　　　　　　　　　　　　　　　　By: */s/Elizabeth L. Wassall*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Elizabeth L. Wassall, Esquire


File #24-030605