| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>NCM 24-030605<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Kathleen M. Magoon - 040682010<br>Elizabeth L. Wassall - 023211995<br>ATTORNEYS FOR PNC BANK, NATIONAL ASSOCIATION |

| | |
|---|---|
| In Re:<br><br>HARRIS KIM,<br>                           DEBTOR | Case No.: 24-16954-JNP<br><br>Judge: HONORABLE JERROLD N. POSLUSNY, JR.<br><br>Chapter: 13 |

## NOTICE OF OBJECTION TO CONFIRMATION

The undersigned, LOGS Legal Group LLP, attorneys for the Secured Creditor, PNC Bank, National Association, the holder of a Mortgage on Debtor's property located at 5 Clemson Road, Cherry Hill, NJ 08034, hereby objects to the Confirmation of the Debtor's proposed Chapter 13 Plan, ECF # 2, on the following grounds:

1) Debtor's proposed Chapter 13 Plan does not provide for the curing of the mortgage arrearage accrued at the time of the Bankruptcy filing to Secured Creditor. Secured Creditor is owed *estimated* pre-petition arrears of $18,412.62.

2) Debtor's proposed Chapter 13 Plan does not provide for the Secured Creditor to receive distributions with a value equal to the allowed amount of its claims required by 11 U.S.C.1325(a)(5)(B)(ii).

3) Debtor's proposed Chapter 13 Plan provides for a possible sale of the property, which is speculative, and the Plan does not give direction in the event the sale is not completed.

WHEREFORE, PNC Bank, National Association respectfully requests that the Confirmation of Debtor's Chapter 13 Plan be denied, and that the Debtor be required to file an Amended Chapter 13 Plan providing for full payment of arrears due to the Secured Creditor.

                        LOGS LEGAL GROUP LLP

                    By: */s/Elizabeth L. Wassall*
                          Kathleen M. Magoon - 040682010
                          Elizabeth L. Wassall - 023211995

Dated: 8-9-2024

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>NCM 24-030605<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>ATTORNEYS FOR PNC BANK, NATIONAL ASSOCIATION | |
| In Re:<br><br>HARRIS KIM,<br>　　　　　　　　　　DEBTOR | Case No.: 24-16954-JNP<br><br>Judge: HONORABLE JERROLD N. POSLUSNY, JR.<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

I, __Alice Cruzado__ the undersigned

1. ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Kathleen M. Magoon, Esquire and Elizabeth L. Wassall, Esquire, who represents the Secured Creditor in the above-captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __8/12/2024__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Notice of Objection to Confirmation

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Signature

Dated: __8/12/2024__    　　　　/s/ Alice Cruzado
　　　　　　　　　　　　　　Printed Name

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Mitchell L. Chambers Jr.<br>Law Offices of Mitchell Lee Chambers<br>602 Little Gloucester Road<br>Suite 5<br>Blackwood, NJ 08012 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Andrew B. Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Harris Kim<br>5 Clemson Road<br>Cherry Hill, NJ 08034 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.