UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF MITCHELL CHAMBERS

602 LITTLE GLOUCESTER ROAD

SUITE 5

BLACKWOOD, NJ 08012

**Order Filed on September 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

HARRIS KIM

Case No.: _____24-16954_____

Chapter: _____13_____

Judge: _____JNP_____

## ORDER AUTHORIZING RETENTION OF

_____MARK SCARPA_____

The relief set forth on the following page is **ORDERED**.

**DATED: September 11, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain <u>MARK SCARPA, TOWNSHIP REALTY</u>

as <u>               REALTOR                </u>, it is hereby ORDERED:

1.  The applicant is authorized to retain the above party in the professional capacity noted.
    The professional's address is: <u>279 EGG HARBOR RD, SUITE A</u>
    <u>SEWELL, NJ 08080</u>
    _____

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.  If the professional requested a waiver as noted below, it is ☒ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☒ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.  The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*