UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF MITCHELL CHAMBERS
602 LITTLE GLOUCESTER ROAD
SUITE 5
BLACKWOOD, NJ 08012

Order Filed on September 11, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

HARRIS KIM

Case No.: 24-16954

Chapter: 13

Judge: JNP

## ORDER AUTHORIZING RETENTION OF

MARK SCARPA

The relief set forth on the following page is **ORDERED**.

**DATED: September 11, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain MARK SCARPA, TOWNSHIP REALTY as REALTOR, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 279 EGG HARBOR RD, SUITE A
SEWELL, NJ 08080

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☒ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☒ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-16954-JNP |
| Harris Kim | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 11, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Harris Kim, 5 Clemson Road, Cherry Hill, NJ 08034-1213 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor PNC Bank  National Association ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor Harris Kim ecfbc@comcast.net |
| R. A. Lebron | on behalf of Creditor PNC Bank  National Association bankruptcy@fskslaw.com |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 11, 2024 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6