Law Offices of Mitchell Lee Chambers
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012
Phone: 856-302-1778
Fax: 856-302-1779

---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT COURT OF NEW JERSEY**

|  |  |  |
|---|---|---|
|  | : | Chapter 13 |
| Harris Kim | : |  |
| Debtors | : | Bky Case No. 24-16954 JNP |

---

**DEBTOR'S MOTION TO SELL REAL-ESTATE**

---

Debtor hereby requests the Court to allow the Debtor to sell the real-property at 5 Clemson Road, Cherry Hill, NJ 08034.   In support thereof, Debtor avers as follows:

1. Debtor filed for protection under the Bankruptcy Code on July 12, 2024.
2. Confirmation is currently scheduled for October 2, 2024.
3. The contract for sale of said real property is currently valued at $381,000.00.
4. Debtor entered into a contract to sell said real-estate on September 11, 2024 in the amount of $381,000.00.   **See Exhibit A**
5. The bar date for Creditors to file a proof of claim with the Court is currently scheduled for September 20, 2024.
6. There are currently two mortgages against the property in the approximate sum of $205,000.00.
7. There should be enough proceeds to satisfy both mortgages in full along with any and all unsecured debt owed by the Debtor.
8. Closing on the sale is currently scheduled for November 22, 2024.
9. Debtor will file a modified plan with the Court after the house is sold.
10. The Debtor will file a motion for supplemental fees and costs with the Court.

**WHEREFORE**, Debtor respectfully requests the Court to enter an order allowing the Debtor to sell the real-property at 5 Clemson Road, Cherry Hill, NJ 08034.

September 16, 2024                                      /s/ Mitchell Lee Chambers, Esquire

                                                        602 Little Gloucester Road, Suite 5
                                                        Blackwood, NJ 08012
                                                         Phone: (856) 302-1778