UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 24-16954 |
| Harris Kim | Chapter: | 13 |
| | Judge: | JNP |

### NOTICE OF PROPOSED PRIVATE SALE

_____Harris Kim_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
   U.S. Bankruptcy Court Clerk
   400 Cooper Street
   4th Floor
   Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable ___Jerrold N. Poslusny, Jr___ on ___October 15, 2024___ at __11:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, 400 Cooper Street, 4th Floor, Camden, NJ 08101. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   5 Clemson Road, Cherry Hill, NJ 08034

Proposed Purchaser:   Timothy & Beata Hagerdorny

Sale price:  $381,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Mark Scarpa
Amount to be paid:    6% of gross sale
Services rendered:    Seller and buyer real-estate agent.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Mitchell Lee Chambers, Esq

Address: 602 Little Gloucester Road, Suite 5, Blackwood, NJ 08012

Telephone No.: 856-302-1778

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-16954-JNP |
| Harris Kim | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 17, 2024 | Form ID: pdf905 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harris Kim, 5 Clemson Road, Cherry Hill, NJ 08034-1213 |
| 520328632 | + | IL S. KIM, 5 CLEMSON ROAD, Cherry Hill, NJ 08034-1213 |
| 520328635 | + | PNC MORTGAGE, 6 NORTH MAIN STREET, Dayton, OH 45402-1908 |
| 520328636 | | SHELLPOINT MORTGAGE, PO BOX 619063, Cherry Hill, NJ 08034 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 17 2024 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 17 2024 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520328627 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 17 2024 20:32:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520328628 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2024 20:38:11 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520328630 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 17 2024 20:38:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520328631 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 17 2024 20:49:09 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520328629 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 17 2024 20:38:17 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 520374703 | + | Email/Text: RASEBN@raslg.com | Sep 17 2024 20:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520342950 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2024 20:38:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520328633 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2024 20:38:00 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520387088 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 17 2024 20:33:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 520390381 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| Recip ID | Bypass Reason | Date/Time | Name and Address |
|---|---|---|---|
| 520328634 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 17 2024 20:33:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| | | Sep 17 2024 20:33:00 | PNC Financial, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 520328637 | Email/Text: bankruptcy@td.com | Sep 17 2024 20:35:00 | TD Bank, Attn: Bankruptcy/TD Card Srvs, Po Box 84037, Columbus, GA 31908 |
| 520328638 | Email/Text: bankruptcy@td.com | Sep 17 2024 20:35:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Rt 70 East, Cherry Hill, NJ 08003 |
| 520339967 | ^ MEBN | Sep 17 2024 20:29:19 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| r | ##+ | Mark Scarpa, Township Realty, 279 Egg Harbor Rd, Suite A, Sewell, NJ 08080-3149 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor PNC Bank National Association ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor Harris Kim ecfbc@comcast.net |
| R. A. Lebron | on behalf of Creditor PNC Bank National Association bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6