UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NCM 24-030605
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq.  023211995
ATTORNEYS FOR PNC BANK, NATIONAL ASSOCIATION

In Re:

HARRIS KIM,
      DEBTOR

Case No.: 24-16954-JNP

Judge: HONORABLE JERROLD N. POSLUSNY, JR.

Chapter: 13

# NOTICE OF RESPONSE TO MOTION TO SEEK AUTHORIZATION TO SELL REAL PROPERTY

  The undersigned, LOGS Legal Group LLP, attorneys for the Secured Creditor, PNC Bank, National Association, the holder of a Mortgage on Debtor's property located at 5 Clemson Road, Cherry Hill, NJ 08034, hereby responds to Debtor's Motion to Seek Authorization to Sell Real Property as follows:

  1) On September 16, 2024, counsel for the Debtor filed the instant motion seeking an Order Authorizing Sale of Real Property commonly known as 5 Clemson Road, Cherry Hill, NJ 08034. See ECF Doc.:24.

  2) Secured Creditor is not opposed to the basic principle of the Debtor selling the property; provided that any Order entered by the Court clearly specifies that such sale is contingent upon PNC Bank, National Association's lien being *fully paid off and satisfied* through this transaction, and payoff funds being received by Secured Creditor within ninety (90) days from entry of Order.

3) In the event an Order granting Debtor's motion is entered, Secured Creditor will provide an updated and accurate payoff statement to coincide with a scheduled closing date upon advance notice and request from the Debtor.

WHEREFORE, PNC Bank, National Association, respectfully requests that the Debtor's Motion to Sell Real Property be denied; or in the alternative, requests the provisions presented in this Objection be incorporated in the Order resulting from the Debtor's Motion to Sell.

LOGS LEGAL GROUP LLP

By: */s/Elizabeth L. Wassall*
Elizabeth L. Wassall, Esq.

Dated: 9-26-2024

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>NCM 24-030605<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq.  023211995<br>ATTORNEYS FOR PNC BANK, NATIONAL ASSOCIATION | |
| In Re:<br><br>HARRIS KIM,<br>                              DEBTOR | Case No.: 24-16954-JNP<br><br>Judge: HONORABLE JERROLD N. POSLUSNY, JR.<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

I, the undersigned

1. ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for, Elizabeth L. Wassall, Esquire, who represents the Secured Creditor in the above-captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On  9/26/2024 , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Notice of Response to Motion to Seek Authorization to Sell Real Property.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 9/26/2024

Signature /s/ Linda Wright

Printed Name

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mitchell L. Chambers Jr.<br>Law Offices of Mitchell Lee Chambers<br>602 Little Gloucester Road<br>Suite 5<br>Blackwood, NJ 08012 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Andrew B. Finberg<br>Office of the Chapter 13 Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Harris Kim<br>5 Clemson Road<br>Cherry Hill, NJ 08034 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.