Order Filed on September 25, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

NCM 24-030605
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Kathleen M. Magoon - 040682010
Elizabeth L. Wassall - 023211995
ATTORNEYS FOR PNC BANK, NATIONAL ASSOCIATION

In Re:

HARRIS KIM,

                DEBTOR

Case No.: 24-16954-JNP

Judge: HONORABLE JERROLD N. POSLUSNY, JR.

Chapter: 13

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 25, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

      This matter being opened to the Court by Mitchell L. Chambers Jr., attorney for the Debtor(s), upon filing of a Chapter 13 Plan, and PNC Bank, National Association, hereinafter "Secured Creditor," by and through its Authorized Agent, LOGS Legal Group LLP, upon the filing of an Objection to Confirmation of Plan, and the parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court having considered the parties' application for entry of this Consent Order, and for other good cause shown,

1.    Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 5 Clemson Road, Cherry Hill, NJ 08034.

2.    At the time of bankruptcy filing, Debtor(s) owed Secured Creditor a *pre*-petition arrearage of $18,412.62; as evidenced in Secured Creditor's Proof of Claim 5-1 filed on September 12, 2024.

3.    Debtor(s) will cure the *pre*-petition arrearage and will further pay off the mortgage loan in full through sale of the real property located at 5 Clemson Road, Cherry Hill, NJ 08034, and will file a motion to sell and will complete the sale of the property by February 1, 2025.

4.    If the property is not sold and closing is not completed by February 1, 2025, Debtor(s) must within fourteen (14) days thereof: 1) modify the Chapter 13 Plan to fully cure Secured Creditor's *pre*-petition arrearages of $18,412.62 as filed in Proof of Claim No. 5-1; or 2) modify the Chapter 13 Plan to surrender the subject property; or 3) Convert to a Chapter 7 case.

5.    Starting with the July 28, 2024 post-petition payment due, Debtor(s) shall make *adequate protection payments* in the amount of $900.00 monthly, directly to Secured Creditor. If the property is not sold and closing is not completed by February 1, 2025, the full amount of all contractually due post-petition payments shall be due, which payments currently amount to $1,122.15 monthly, commencing July 28, 2024.

6.    Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on August 12, 2024; ECF Doc.:15.

7.    This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan and any Order Confirming Chapter 13 Plan that may be entered by the Court.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall                                   Date: 9-20-2024
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

                                                                                           Date: 9/19/24
Mitchell L. Chambers Jr., Esquire
Attorney for the Debtor(s)