UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

NCM 24-030605
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Kathleen M. Magoon - 040682010
Elizabeth L. Wassall - 023211995
ATTORNEYS FOR PNC BANK, NATIONAL ASSOCIATION

Order Filed on September 25, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

HARRIS KIM,
              DEBTOR

Case No.: 24-16954-JNP

Judge: HONORABLE JERROLD N. POSLUSNY, JR.

Chapter: 13

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 25, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Mitchell L. Chambers Jr., attorney for the Debtor(s), upon filing of a Chapter 13 Plan, and PNC Bank, National Association, hereinafter "Secured Creditor," by and through its Authorized Agent, LOGS Legal Group LLP, upon the filing of an Objection to Confirmation of Plan, and the parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court having considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 5 Clemson Road, Cherry Hill, NJ 08034.

2. At the time of bankruptcy filing, Debtor(s) owed Secured Creditor a *pre*-petition arrearage of $18,412.62; as evidenced in Secured Creditor's Proof of Claim 5-1 filed on September 12, 2024.

3. Debtor(s) will cure the *pre*-petition arrearage and will further pay off the mortgage loan in full through sale of the real property located at 5 Clemson Road, Cherry Hill, NJ 08034, and will file a motion to sell and will complete the sale of the property by February 1, 2025.

4. If the property is not sold and closing is not completed by February 1, 2025, Debtor(s) must within fourteen (14) days thereof: 1) modify the Chapter 13 Plan to fully cure Secured Creditor's *pre*-petition arrearages of $18,412.62 as filed in Proof of Claim No. 5-1; or 2) modify the Chapter 13 Plan to surrender the subject property; or 3) Convert to a Chapter 7 case.

5. Starting with the July 28, 2024 post-petition payment due, Debtor(s) shall make *adequate protection payments* in the amount of $900.00 monthly, directly to Secured Creditor. If the property is not sold and closing is not completed by February 1, 2025, the full amount of all contractually due post-petition payments shall be due, which payments currently amount to $1,122.15 monthly, commencing July 28, 2024.

6. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on August 12, 2024; ECF Doc.:15.

7. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan and any Order Confirming Chapter 13 Plan that may be entered by the Court.

We hereby consent to the form, content, and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

Date: 9-20-2024

Mitchell L. Chambers Jr., Esquire
Attorney for the Debtor(s)

Date: 9/19/24

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 24-16954-JNP
Harris Kim    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2
Date Rcvd: Sep 26, 2024    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

**Recip ID    Recipient Name and Address**
db    + Harris Kim, 5 Clemson Road, Cherry Hill, NJ 08034-1213

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:**

**Name    Email Address**

Andrew B Finberg
    ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor PNC Bank  National Association ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Mitchell L Chambers, Jr.
    on behalf of Debtor Harris Kim ecfbc@comcast.net

R. A. Lebron
    on behalf of Creditor PNC Bank  National Association bankruptcy@fskslaw.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 26, 2024 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6