UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

NCM 24-030605
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR PNC BANK, NATIONAL ASSOCIATION

IN RE:

HARRIS KIM,

                  DEBTOR

Order Filed on October 3, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 24-16954-JNP

Judge: HONORABLE JERROLD N. POSLUSNY, JR.

Chapter 13

## CONSENT ORDER RESOLVING OBJECTION TO MOTION TO SELL REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: October 3, 2024

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Robert C. Nisenson, Attorney for the Debtor, upon the filing of a Notice of Motion to Sell Real Property located at 5 Clemson Road, Cherry Hill, NJ 08034, and LOGS Legal Group LLP, Attorneys for PNC Bank, National Association, hereinafter "Secured Creditor," upon the filing of an Objection to Motion to Sell Real Property, and due notice of said Objection having been given to the Debtor and the attorney for the Debtor, AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtor must sell the real property located at 5 Clemson Road, Cherry Hill, NJ 08034 within ninety (90) days of the entry of this Order.

2. Secured Creditor will provide to Debtor an updated payoff quote upon advance notice and request from the Debtor of a scheduled closing date.

3. The sale must fully payoff and satisfy Secured Creditor's lien secured to real property located at 5 Clemson Road, Cherry Hill, NJ 08034. Debtor agrees to remit funds directly from the closing of this sale to Secured Creditor to fully satisfy its mortgage lien. Any sale short of a full payoff is subject to Secured Creditor's final approval.

4. Secured Creditor agrees this Consent Order resolves the Objection to Motion to Sell filed on September 26, 2024; ECF Doc.: 32.

5. The terms of this Consent Order shall be deemed incorporated into any Order granting Debtor's Motion to Sell Real Property as may be entered by the Court.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall                                    Date: 10-2-2024
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

_____                                  Date: 10/2/24
Mitchell L. Chambers, Jr., Esquire
Attorney for the Debtor