UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

NCM 24-030605
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR PNC BANK, NATIONAL ASSOCIATION

IN RE:

HARRIS KIM,

            DEBTOR

Order Filed on October 3, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 24-16954-JNP

Judge: HONORABLE JERROLD N. POSLUSNY, JR.

Chapter 13

## CONSENT ORDER RESOLVING OBJECTION TO MOTION TO SELL REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: October 3, 2024**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Robert C. Nisenson, Attorney for the Debtor, upon the filing of a Notice of Motion to Sell Real Property located at 5 Clemson Road, Cherry Hill, NJ 08034, and LOGS Legal Group LLP, Attorneys for PNC Bank, National Association, hereinafter "Secured Creditor," upon the filing of an Objection to Motion to Sell Real Property, and due notice of said Objection having been given to the Debtor and the attorney for the Debtor, AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. Debtor must sell the real property located at 5 Clemson Road, Cherry Hill, NJ 08034 within ninety (90) days of the entry of this Order.

2. Secured Creditor will provide to Debtor an updated payoff quote upon advance notice and request from the Debtor of a scheduled closing date.

3. The sale must fully payoff and satisfy Secured Creditor's lien secured to real property located at 5 Clemson Road, Cherry Hill, NJ 08034. Debtor agrees to remit funds directly from the closing of this sale to Secured Creditor to fully satisfy its mortgage lien. Any sale short of a full payoff is subject to Secured Creditor's final approval.

4. Secured Creditor agrees this Consent Order resolves the Objection to Motion to Sell filed on September 26, 2024; ECF Doc.: 32.

5. The terms of this Consent Order shall be deemed incorporated into any Order granting Debtor's Motion to Sell Real Property as may be entered by the Court.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall                              Date: 10-2-2024
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

                                                     Date: 10/2/24
Mitchell L. Chambers, Jr., Esquire
Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-16954-JNP |
| Harris Kim | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 03, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Harris Kim, 5 Clemson Road, Cherry Hill, NJ 08034-1213 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor PNC Bank  National Association ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor Harris Kim ecfbc@comcast.net |
| R. A. Lebron | on behalf of Creditor PNC Bank  National Association bankruptcy@fskslaw.com |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Oct 03, 2024 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6