Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 24−16954−JNP
        Chapter: 13
        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Harris Kim
   5 Clemson Road
   Cherry Hill, NJ 08034

Social Security No.:
   xxx−xx−6326

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 3, 2024.

Dated: October 3, 2024
JAN: as

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Harris Kim  
    Debtor

Case No. 24-16954-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Oct 03, 2024      Form ID: plncf13      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harris Kim, 5 Clemson Road, Cherry Hill, NJ 08034-1213 |
| 520328632 | + | IL S. KIM, 5 CLEMSON ROAD, Cherry Hill, NJ 08034-1213 |
| 520328635 | + | PNC MORTGAGE, 6 NORTH MAIN STREET, Dayton, OH 45402-1908 |
| 520328636 | | SHELLPOINT MORTGAGE, PO BOX 619063, Cherry Hill, NJ 08034 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 03 2024 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 03 2024 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520328627 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 03 2024 20:41:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520328628 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 03 2024 21:04:17 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520328630 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 03 2024 21:04:12 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520328631 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 03 2024 21:16:16 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520328629 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 03 2024 21:03:58 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 520374703 | + | Email/Text: RASEBN@raslg.com | Oct 03 2024 20:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520342950 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2024 21:03:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520328633 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2024 20:48:18 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520397968 | | Email/Text: mtgbk@shellpointmtg.com | Oct 03 2024 20:42:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 03, 2024 | Form ID: plncf13 | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| 520387088 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 03 2024 20:41:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 520390381 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 03 2024 20:41:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520328634 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 03 2024 20:41:00 | PNC Financial, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 520328637 | Email/Text: bankruptcy@td.com | Oct 03 2024 20:43:00 | TD Bank, Attn: Bankruptcy/TD Card Srvs, Po Box 84037, Columbus, GA 31908 |
| 520328638 | Email/Text: bankruptcy@td.com | Oct 03 2024 20:43:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Rt 70 East, Cherry Hill, NJ 08003 |
| 520339967 | ^ MEBN | Oct 03 2024 20:42:59 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| r | ##+ | Mark Scarpa, Township Realty, 279 Egg Harbor Rd, Suite A, Sewell, NJ 08080-3149 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor PNC Bank  National Association ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor Harris Kim ecfbc@comcast.net |
| R. A. Lebron | on behalf of Creditor PNC Bank  National Association bankruptcy@fskslaw.com |
| U.S. Trustee | |

District/off: 0312-1     User: admin     Page 3 of 3

Date Rcvd: Oct 03, 2024     Form ID: plncf13     Total Noticed: 21

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6