UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF MITCHELL LEE CHAMBERS
602 LITTLE GLOUCESTER ROAD, SUITE 5
BLACKWOOD, NJ 08012

Order Filed on October 16, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

HARRIS KIM

Case No.: 24-16954

Hearing Date: 10/15/24

Chapter: 13

Judge: JNP

AMENDED

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☐ Followed | X Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3), is

After review of the Debtor's motion for authorization to sell the real property commonly known as 5 CLEMSON ROAD, CHERRY HILL, NJ 08034, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

DATED: OCTOBER 16, 2024

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. [X] In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

> Name of professional: MARK SCARPA
>
> Amount to be paid: 6% OF GROSS SALE
>
> Services rendered: LISTING AND SALE OF REAL-PROPERTY LOCATED AT 5 CLEMSON ROAD, CHERRY HILL, NJ 08034

**OR**: [ ] Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $29,375.00 claimed as exempt may be paid to the Debtor.

6. The [ ] *balance of proceeds* or the [ ] *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case. (SEE PARAGRAPH 9.)

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days

after closing.

8. x The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions: The bar date for creditors to file a proof of claim with the Court is currently scheduled for September 20, 2024.  Counsel for the Debtor will request a payoff figure from the Chapter 13 after the bar date expires to determine the amount needed to be paid to the Trustee. This order will be effective immediately and not subject to the stay imposed under 11 USC 6004(g).

*rev.1/12/22*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-16954-JNP |
| Harris Kim | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 17, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harris Kim, 5 Clemson Road, Cherry Hill, NJ 08034-1213 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor PNC Bank  National Association ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor Harris Kim ecfbc@comcast.net |
| R. A. Lebron | on behalf of Creditor PNC Bank  National Association bankruptcy@fskslaw.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Oct 17, 2024 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
           USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6