Order Filed on December 17, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
LAW OFFICES OF MITCHELL LEE CHAMBERS
602 LITTLE GLOUCESTER ROAD
SUITE 5
BLACKWOOD, NJ 08012

In Re:
Harris Kim

Case No.:  24-16954

Hearing Date:  12/17/24 @ 11

Judge: JNP

## ORDER APPROVING DISBURSEMENT TO NON-FILING SPOUSE, IL S. KIM

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: December 17, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

      This matter is before the Court on the Motion for Entry of an Order allowing the Chapter 13 Trustee to disburse funds to the non-filing spouse, Il S. Kim, for her share of the proceeds from the sale of the property at 5 Clemson Road, Cherry Hill, NJ 08034. Accordingly, it is hereby, ORDERED as follows:

a) The Motion is granted;

b) The Chapter 13 Trustee shall immediately disburse $73,317.82 to the non-filing spouse, Il S. Kim;

c) The Chapter 13 Trustee shall disburse the balance of the proceeds to the Debtor, at his new address, after the governmental bar date expires on January 8, 2025 if not such claims are filed.