| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>LAW OFFICES OF MITCHELL LEE CHAMBERS<br>602 LITTLE GLOUCESTER ROAD<br>SUITE 5<br>BLACKWOOD, NJ 08012 | Order Filed on December 17, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Harris Kim | Case No.: 24-16954<br><br>Hearing Date: 12/17/24 @ 11<br><br>Judge: JNP |

### ORDER APPROVING DISBURSEMENT TO NON-FILING SPOUSE, IL S. KIM

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: December 17, 2024**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter is before the Court on the Motion for Entry of an Order allowing the Chapter 13 Trustee to disburse funds to the non-filing spouse, Il S. Kim, for her share of the proceeds from the sale of the property at 5 Clemson Road, Cherry Hill, NJ 08034. Accordingly, it is hereby, ORDERED as follows:

a) The Motion is granted;

b) The Chapter 13 Trustee shall immediately disburse $73,317.82 to the non-filing spouse, Il S. Kim;

c) The Chapter 13 Trustee shall disburse the balance of the proceeds to the Debtor, at his new address, after the governmental bar date expires on January 8, 2025 if not such claims are filed.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-16954-JNP |
| Harris Kim | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 19, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2024:**

**Recip ID    Recipient Name and Address**
db    + Harris Kim, 216 WHITE HORSE PIKE, APT H, HADDON HEIGHTS, NJ 08035-1741

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2024 at the address(es) listed below:

**Name**    **Email Address**

Andrew B Finberg
ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Elizabeth L. Wassall
on behalf of Creditor PNC Bank  National Association ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Mitchell L Chambers, Jr.
on behalf of Debtor Harris Kim ecfbc@comcast.net

R. A. Lebron
on behalf of Creditor PNC Bank  National Association bankruptcy@fskslaw.com

| District/off: 0312-1 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Dec 19, 2024 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6