Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 24-16954 (JNP)

Harris Kim  
216 White Horse Pike  
Apartment H  
Haddon Heights, NJ  08035

Monthly Payment: $100.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 07/29/2024 | $100.00 | 09/03/2024 | $100.00 | 10/02/2024 | $100.00 | 11/05/2024 | $117,260.64 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | HARRIS KIM | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MITCHELL LEE CHAMBERS, JR., ESQUIRE | 13 | $4,400.00 | $4,400.00 | $0.00 | $0.00 |
| 0 | IL S. KIM | 5 | $73,317.82 | $73,317.82 | $73,317.82 | $0.00 |
| 1 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | JPMORGAN CHASE BANK, N.A. | 33 | $7,726.78 | $7,726.78 | $0.00 | $0.00 |
| 4 | CITIBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CITIBANK/SEARS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING, LLC | 33 | $629.09 | $629.09 | $0.00 | $0.00 |
| 8 | PNC BANK, N.A. | 33 | $6,962.75 | $6,962.75 | $0.00 | $0.00 |
| 9 | PNC BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | NEW REZ, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | TD BANK, N.A. | 33 | $5,875.96 | $5,875.96 | $0.00 | $0.00 |
| 12 | TD BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MITCHELL L CHAMBERS JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 08/01/2024 | 36.00 | $100.00 |
| 08/01/2027 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $117,560.64 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $14,223.96 |
| Arrearages: | ($43,742.82) |
| Attorney: | MITCHELL LEE CHAMBERS, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**