# Office of the Chapter 13 Standing Trustee

## Andrew B. Finberg, Chapter 13 Standing Trustee

*Joni L. Gray, Counsel*                                                                                 *Lu'Shell K. Alexander\**
*Jennifer R. Gorchow, Staff Attorney*                                     *Jennie P. Archer\**
*William H. Clunn, III, Staff Attorney*                                   *Kelleen E. Stanley\**
                                                                                                          *Kimberly A. Talley\**

*\*Certified Bankruptcy Assistant*

January 21, 2025

Clerk of the Court
UNITED STATES BANKRUPTCY COURT
Mitchell H. Cohen Federal Courthouse
1 John F. Gerry Plaza
4th and Cooper, 4th Floor
Camden, NJ 08101

RE:     Chapter 13 Bankruptcy
          Debtor's Name: Harris Kim
          Case No: 24-16954 (JNP)

Dear Judge Jerrold N. Polunsky, Jr.

Please be advised that on January 16, 2025, the Chapter 13 Trustee Final Report (docket #53) was filed with the court in reference to the above captioned case. Please note that this was filed in error. Therefore, please withdraw the Chapter 13 Trustee Final Report (docket #53) which was filed on January 16, 2024. Should you have any questions regarding this matter please feel free to contact this office.

As always, the courtesy of the court is appreciated.

                                                                Very truly yours,

                                                                OFFICE OF THE CHAPTER 13
                                                                STANDING TRUSTEE

                                                                /s/ Andrew B. Finberg
                                                                Andrew B. Finberg
                                                                Chapter 13 Standing Trustee

ABF/jem

Cherry Tree Corporate Center                                                                       **Payments Only:**
535 Route 38
Suite 580                                                                                                                               **P.O. Box 1978**
Cherry Hill, NJ 08002                                                                           **Memphis, TN 38101-1978**
(856) 663-5002