Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.:   24−16954−JNP
          Chapter:   13
          Judge:   Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Harris Kim
   216 WHITE HORSE PIKE
   APT H
   HADDON HEIGHTS, NJ 08035

Social Security No.:
   xxx−xx−6326

Employer's Tax I.D. No.:

**FINAL DECREE**

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 21, 2025</u>           <u>Jerrold N. Poslusny Jr.</u>
                                       Judge, United States Bankruptcy Court